**DAVID B. JONELIS (SBN 265235)**
djonelis@lavelysinger.com
**KELSEY J. LEEKER (SBN 313437)**
kleeker@lavelysinger.com
**LAVELY & SINGER, P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel:    (310) 556-3501
Fax:    (310) 556-3615

Attorneys for Plaintiff
ALAN LAZAR

JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA  90067-2901
Telephone:  +1 213 239 6900
Facsimile:   +1 213-239-5199

JENNER & BLOCK LLP
Eric W. Wolff (SBN 341180)
Eric.Wolff@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
EFT Media Productions LLC d/b/a Evolution Media

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALAN LAZAR, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>AMAZON STUDIOS LLC, a corporation; EFT MEDIA PRODUCTIONS LLC d/b/a EVOLUTION MEDIA, a limited liability company; and DOES 1-10,<br><br>            Defendants. | CASE NO.: 2:24-cv-09748-SVW-KS<br><br>[Hon. Stephen V. Wilson]<br><br>**PLAINTIFF ALAN LAZAR AND DEFENDANT EFT MEDIA PRODUCTIONS LLC'S JOINT EXHIBIT LIST**<br><br><u>Pretrial Conference</u><br>Date:  October 6, 2025<br>Time:  3:00 p.m. |

7540-2

JOINT EXHIBIT LIST

## PLAINTIFF AND DEFENDANT'S JOINT EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), and Local Rule 16-6, Plaintiff Alan Lazar ("Plaintiff") and Defendant EFT Media Productions LLC ("Defendant") hereby identify the following exhibits that Plaintiff and Defendant expect to rely on at trial.

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | June 16, 2010 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (LAZAR_009521-9526) | | |
| 2 | September 25-27, 2019 email chain re: Invoice for RHBH Theme (LAZAR_006968-6969) | | |
| 3 | July, 2010 email from Toni Gallagher to Alan Lazar, (LAZAR_010251-010253) | | |
| 4 | July 3-8, 2010 email chain re: RHBH – main title music (LAZAR_007065-7068) | | |
| 5 | Compilation of YouSendIt confirmation emails (LAZAR_007005, LAZAR_007010, LAZAR_007017, and LAZAR_007025) | | |
| 6 | April 10, 2012 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (EVOL000188-190) | | |
| 7 | April 29, 2013 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (LAZAR_009557-9559) | | |

| No. | Description | Date Identified | Date Admitted |
| --- | --- | --- | --- |
| 8 | July 6, 2015 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (LAZAR_009505-9507) | | |
| 9 | July 20, 2016 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (EVOL002236-2238) | | |
| 10 | August 21, 2018 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (EVOL002362-2364) | | |
| 11 | May 9, 2013 email from Greg Stewart to Alan Lazar, (LAZAR_008382-8386) | | |
| 12 | RHOBH Season 12, Episode 11 cue sheet, (EVOL000915) | | |
| 13 | October 12, 2022 email from Alan Lazar to Wioleta Eichele, (LAZAR_007108-7110) | | |
| 14 | January 4-5, 2024 email chain re: RH theme contract (LAZAR_007105-7106) | | |
| 15 | October 30, 2023 correspondence between A. Lazar and the Copyright Office, (LAZAR_003958-3967) | | |
| 16 | March 7, 2022 email from Zack Hexum to Alan Lazar, (LAZAR_006171-6282) | | |
| 32 | Unsigned 2020 amendment to Composer Agreement between Alan Lazar and Evolution | | |

JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|     | (EVOL000145-EVOL147) |  |  |
| 33  | July 8, 2010 email from Alan Lazar to Dave Rupel (LAZAR_007059-7964) |  |  |
| 34  | September 25, 2010 email chain re: RHBH – Main Title Music (LAZAR_006972) |  |  |
| 35  | September 25, 2010 email chain re: RHBH Theme (LAZAR_006976) |  |  |
| 36  | August 3, 2009 Reality Production Services Agreement between Bravo Media Productions LLC and Evolution Film & Take, Inc. (EVOL000062-122) |  |  |
| 37  | Wikipedia: List of The Real Housewives of Beverly Hills Episodes |  |  |
| 38  | July 5, 2024 email from Paul Trombetta to Alan Lazar (LAZAR_007105-7106) |  |  |
| 38A | September 25, 2010 email from Alan Lazar to Ray Yee (LAZAR_006977) |  |  |
| 40  | October 11, 2023 email chain re: RHBH Theme License Agreement (EVOL002908) |  |  |
| 41  | January 4, 2024 email chain re: RH theme contract (EVOL000966) |  |  |
| 42  | July 1-8, 2010 email chain re: Music cue sheets (LAZAR_009132-9133) |  |  |

JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 43 | September 26, 2016 email chain re: RHBH7 – Possible Main Title Theme Music Retool (EVOL000589-590) | | |
| 44 | Expert Witness Report of Johnathan Clifford | | |
| 45 | April 28, 2011 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (EVOL000133-134) | | |
| 46 | July 12, 2017 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (GERSTON000009-11) | | |
| 47 | January 27, 2020 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (GERSTON 000015-17) | | |
| 48 | February 24, 2016 Agreement between Alan Lazar and Evolution Film & Tape, Inc. re: RHOBH (GERSTON000018-24) | | |
| 49 | Certificate of Registration of RHOBH Main Title Theme sound recording (registration number SR 980-169) | | |
| 50 | Certificate of Registration of RHOBH Main Title Theme music (registration number PA 2-486-300) | | |
| 51 | Defendant EFT Media Productions LLC's Expert Witness Disclosures Pursuant to Federal Rule of Civil Procedure 26 dated July 25, 2025, with | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|  | Exhibit A | | |
| 52 | Financial documents of Evolution* <br><br> *To be demanded for production for use at trial | | |
| 53 | Financial documents of NBCUniversal** <br><br> **To be subpoenaed for use at trial | | |
| 54 | August 14, 2024 email from Randy Gerston to Evolution counsel, (GERSTON000001– GERSTON000002). | | |
| 55 | 2014 Amendment to the Composer Agreement, (EVOL000128–184). | | |
| 56 | July 1, 2010 email from Alan Lazar to Toni Gallagher, (LAZAR_009156). | | |
| 57 | September 15, 2020 email from Douglas Ross to Shari Levine (EVOL000505-506). | | |
| 58 | July 19, 2010 email from Alan Lazar to Bill Jacobson with attachment (LAZAR_010262-010269) | | |
| 59 | August 12, 2010 email from Alan Lazar to Bill Jacobson with attachment (LAZAR_010217-010224) | | |
| 60 | February 29, 2024 email from Alan Lazar to Paul Trombetta (EVOL001009) | | |
| 61 | November 6, 2018 email from Douglas Ross to Alan Lazar (EVOL02274-02276) | | |

JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 62 | Synchronization and Master Sound Recording License dated July 20, 2018 (LAZAR_009488-9495) | | |
| 63 | Caity Weaver, The Sound of 'Housewives' Everywhere," New York Times (Oct. 20, 2018), https://www.nytimes.com/2018/10/20/style/real-housewives-music.html | | |
| 64 | David Browne, et al. The 100 Greatest TV Theme Songs of All Time, Rolling Stone (November 24, 2022), https://www.rollingstone.com/music/music-lists/best-tv-theme-songs-of-all-time-1234630913/how-to-make-it-in-america-1234631233/ | | |
| 65 | Lexi Carson, From Catchy to Classic: 30 of the most Memorable TV Theme Songs, The Hollywood Reporter (Aug. 17, 2025), https://www.hollywoodreporter.com/lists/best-tv-theme-songs/ | | |
| 66 | Documents produced by NBCUniversal Media, LLC, and Bravo Media LLC in response to Defendant's trial subpoena. | | |
| 67 | Documents produced by Universal Music Publishing Group in response to Defendant's trial subpoena. | | |

JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 68 | Video of Main Title Sequence of *The Real Housewives of Beverly Hills* | | |
| 69 | Footage of *The Real Housewives of Beverly Hills* with music removed | | |

Dated:  September 15, 2025          LAVELY & SINGER P.C.

                                By:  /s/ David. B. Jonelis
                                     David B. Jonelis
                                     Kelsey J. Leeker

                                     *Attorneys for Plaintiff Alan Lazar*

Dated:  September 15, 2025          JENNER & BLOCK LLP

                                By:  */s/ Andrew J. Thomas*
                                     Andrew J. Thomas
                                     Eric W. Wolff

                                     *Attorneys for Defendant*
                                     *EFT Media Productions LLC d/b/a*
                                     *Evolution Media*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

September 15, 2025                    /s/ David. B. Jonelis
                                        David B. Jonelis

JOINT EXHIBIT LIST