JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA  90067-2901
Telephone:   +1 213 239 6900
Facsimile:   +1 213-239-5199

JENNER & BLOCK LLP
Eric W. Wolff (SBN 341180)
Eric.Wolff@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:   +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
EFT Media Productions LLC d/b/a
Evolution Media

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALAN LAZAR, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>AMAZON STUDIOS LLC, et al.,<br><br>                              Defendants. | Case No. 2:24-cv-09748-SVW-KS<br><br>**DEFENDANT EFT MEDIA PRODUCTIONS LLC'S WITNESS LIST**<br><br>Judge:  The Honorable Stephen V. Wilson<br>Ctrm:   10A, 10th Floor<br><br>Action Filed:  November 12, 2024 |

## **DEFENDANT EFT MEDIA PRODUCTIONS LLC'S WITNESS LIST**

Pursuant to Local Rule 16-5, Defendant EFT Media Productions LLC d/b/a Evolution Media ("Evolution") hereby lists the witnesses it currently anticipates calling at trial.[1]

1. Alan Lazar (to be presented, in part, by deposition)
   c/o Lavely & Singer, P.C.
   2049 Century Park East, Suite 2400
   Los Angeles, CA 90067
   (310) 556-3501

2. Randy Gerston (address and telephone number previously disclosed)

3. Alex Baskin (to be contacted through counsel for Evolution)

4. Marc Graboff (to be contacted through counsel for Evolution)

5. Paul Trombetta (to be contacted through counsel for Evolution)

6. *Custodian of records for NBCUniversal Media, LLC and/or Bravo Media LLC
   c/o C T Corporation System
   330 N. Brand Blvd.
   Glendale, CA 91203
   (212) 664-4444 *

7. *Custodian of records for Universal Music Publishing Group
   c/o C T Corporation System
   330 N. Brand Blvd.
   Glendale, CA 91203
   (310) 235-4700

---

[1] Evolution reserves the right not to call any of these witnesses. This witness list does not include witnesses that Evolution may call solely (i) for impeachment purposes or in rebuttal, or (ii) to authenticate documents. This list does not reflect the order in which witnesses will be called. Evolution reserves the right to call or cross-examine any witness on Plaintiff's witness list, and any witnesses necessary for impeachment or rebuttal. Pursuant to L.R. 16-5, an asterisk (*) has been placed next to the names of witnesses whom the party may call only if the need arises.

Dated:  September 15, 2025

JENNER & BLOCK LLP

By: _____

Andrew J. Thomas
Eric W. Wolff

Attorneys for Defendant
EFT Media Productions LLC d/b/a
Evolution Media