**DAVID B. JONELIS (SBN 265235)**
djonelis@singerlaw.com
**KELSEY J. LEEKER (SBN 313437)**
kleeker@singerlaw.com
**SINGER WEINSTEN WOLF & JONELIS LLP**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel:    (310) 556-3501
Fax:    (310) 556-3615

Attorneys for Plaintiff
ALAN LAZAR

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| ALAN LAZAR, an individual, | ) CASE NO.: 2:24-cv-09748-SVW-KS |
| Plaintiff, | ) [Hon. Stephen V. Wilson] |
| v. | ) **DECLARATION OF DAVID B.** |
| AMAZON STUDIOS LLC, a corporation; EFT MEDIA PRODUCTIONS LLC d/b/a EVOLUTION MEDIA, a limited liability company; and DOES 1-10, | ) **JONELIS IN SUPPORT OF PLAINTIFF ALAN LAZAR'S OPPOSITION TO EFT MEDIA PRODUCTIONS LLC'S MOTION FOR ATTORNEY'S FEES** |
| Defendants. | ) Date:        June 8, 2026 |
| | ) Time:        1:30 p.m. |
| | ) Courtroom: 10A, 10th Floor |

DECLARATION OF DAVID B. JONELIS

## DECLARATION OF DAVID B. JONELIS

I, David B. Jonelis, declare as follows:

1.      I am attorney at law duly qualified to practice before the Courts of the State of California and before this Court and am counsel of record for Plaintiff ALAN LAZAR in the above captioned matter.  The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.  As to those matters stated on the basis of information and belief, I am so informed and believe those matters to be true.

2.      Throughout the pendency of this lawsuit, my associate Kelsey Leeker and I have been the only attorneys handling this case for our firm.  Based on my review of our firm's billing records, at my hourly rate of $850 and Ms. Leeker's hourly rate of $650, our firm incurred a total of $527,144 in legal fees from the inception of this matter through the date of this declaration.

3.      I am aware that in its pending motion for attorneys' fees, Defendant EFT Studios is seeking an award of fees based in part on 223.3 hours of time purportedly incurred by an associate named Peter Welch.  To my knowledge, Mr. Welch did not participate in a single hearing or deposition in this case, nor was he was ever included in even a single email sent to me or my firm, nor was he ever mentioned even once in my discussions with opposing counsel.

Executed this 18th day of May, 2025, at Los Angeles, California.


                                          */s/ David B. Jonelis*
                                          DAVID B. JONELIS

---

DECLARATION OF DAVID B. JONELIS