JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA  90067-2901
Telephone:   +1 213 239 6900
Facsimile:    +1 213-239-5199

JENNER & BLOCK LLP
Sarah S. Lee (SBN 311480)
SLee@jenner.com
Eric W. Wolff (SBN 341180)
Eric.Wolff@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:   +1 213 239 5100
Facsimile:    +1 213 239 5199

Attorneys for Defendant
EFT Media Productions LLC d/b/a
Evolution Media

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| ALAN LAZAR, an individual, | Case No. 2:24-cv-09748-SVW-KS |
|---|---|
| Plaintiff, | [PROPOSED] **JUDGMENT** |
| v. | Judge: The Honorable Stephen V. Wilson |
| AMAZON STUDIOS LLC, et al., | Ctrm:  10A, 10th Floor |
| Defendants. | |

The Motion of Defendant EFT Media Productions LLC d/b/a/ Evolution Media ("Evolution") for Summary Judgment or in the Alternative Partial Summary Judgment came on for hearing before this Court on September 29, 2025, the Honorable Stephen V. Wilson, United States District Judge presiding.  The Court having carefully considered the papers and the evidence submitted by the parties, having heard the oral argument of counsel, and pursuant to this Court's Order entered on February 13, 2026 (ECF No. 127),

IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be entered in favor of Evolution as to each of Plaintiff Alan Lazar's claims, that Plaintiff Alan Lazar shall take nothing, and that the action shall be dismissed on the merits with prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 6, 2026

_____
Honorable Stephen V. Wilson
United States District Judge