UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-09748-SVW-KS | Date | July 24, 2026 |
| Title | *Alan Lazar v. Amazon Studios, LLC et al* | | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| | |
|---|---|
| Daniel Tamayo | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES [141]

On February 13, 2026, the Court granted summary judgment against Plaintiff Alan Lazar. ECF No. 127. On May 4, 2026, Defendant EFT Media Productions LLC ("Defendant") filed the instant motion for attorneys' fees. ECF No. 141. The Court has reviewed the arguments put forward by Defendant on this issue but concludes that—particularly considering Defendant's discovery misconduct and the evidence of prior misrepresentations by Defendant that came to light during the pendency of the case, shaping the resolution of its central issues—this is not a case where attorneys' fees are appropriate.

**IT IS SO ORDERED.**

:

Initials of Preparer DTA